# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WALTER T. BOWEN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | )     **Case No. 3:23-cv-1179** |
| v. | ) |
| | )     **Judge Aleta A. Trauger** |
| RCADC, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

On April 10, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 41), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court.  For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion for Summary Judgment filed by defendant Patton (Doc. No. 34) is GRANTED;

2. The claims against unnamed defendant nurse are DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and

3. This case is DISMISSED in its entirety.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge